| | |
|---|---|
| 1 | Robert C. Bowman, Jr., (SBN: 232388) |
| 2 | **LAW OFFICE OF BOWMAN & ASSOCIATES**<br>*A Professional Corporation* |
| 3 | 3230 Ramos Circle<br>Sacramento Ca. 95827 |
| 4 | Telephone: (916) 923 - 2800<br>Facsimile: (916) 358-8689 |
| 5 | |
| 6 | Attorney for Plaintiff<br>Crystal Sanchez |

# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF CALIFORNIA
### SACRAMENTO DIVISION

| | |
|---|---|
| CRYSTAL SANCHEZ,<br><br>　　Plaintiff,<br><br>　　v.<br><br>Wells Fargo Bank, and Does 1 through 10 inclusive<br><br>　　Defendants. | Case No: 2:17-CV-00354-JAM-DB<br><br>**NOTICE OF STIPULATED SETTLEMENT OF ENTIRE ACTION AND REQUEST FOR DISMISSAL WITH PREJUDICE** |

TO DEFENDANT, THEIR ATTORNEYS, JUDGE MENDEZ AND ALL OTHER INTERESTED PARTIES:

　　The Plaintiff to this action, acting through their attorney and pursuant to Fed. R. Civ. P. 41(2), hereby gives Notice that the above entitled action has been settled through a negotiated settlement executed by them, including all claims, counterclaims stated herein against all parties. Each party is to bear their own attorney fees and costs.

Plaintiff does hereby Request that the herein action be Granted a Dismissal with Prejudice of all claims stated herein.

Dated: February 27, 2018     LAW OFFICES OF BOWMAN & ASSOCIATES, A.P.C

/s/ *Robert C Bowman Jr*
Robert C Bowman Jr
Attorney for Plaintiff
CRYSTAL SANCHEZ


ALLEN MATKINS LECK GAMBLE MALLORY & NATSIS LLP

Dated: March 5, 2018     /s/ *Baldwin J. Lee*
Baldwin J. Lee
Attorney for Defendant
WELLS FARGO BANK

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
SACRAMENTO DIVISION

CRYSTAL SANCHEZ

    Plaintiff,

v.

WELLS FARGO BANK, and Does 1 through 10 inclusive

    Defendants.

Case No: 2:17-CV-00354-JAM-DB

[~~PROPOSED~~] ORDER GRANTING DISMISSAL OF ENTIRE ACTION WITH PREJUDICE

## ORDER

**IT IS SO ORDERED:** the entire action, including all claims and counterclaims stated herein against all parties, is hereby dismissed with prejudice.

DATED: 3·7· 2018

_____
Judge John A. Mendez
United States District Judge